# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in  PA, NJ, NY & DC

bvullings@vullingslaw.com


October 14, 2013

Honorable Paul S. Diamond
United States District Court, Eastern District
601 Market Street, Room 6613
Philadelphia, Pa 19106

    Re:    **Clifford Williams v. I.C. Systems, Inc.**
             **No. 2:13-cv-04944-PD**

Your Honor:

    Kindly be advised the above referenced matter has been settled. We are waiting for circulation of the proposed release in order to finalize the settlement.

    Thank you for your time in this matter.

                                        Sincerely,

                                        Brent F. Vullings, Esq.

BFV:aa