IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIFFORD WILLIAMS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 13-4944 |
| I.C. SYSTEM, INC. | | |

O R D E R

**AND NOW, TO WIT:** This 15th day of October, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

s/carol d. james
BY:_____
Carol D. James
Deputy Clerk

Civ 2 (8/2000)
41(b).frm